1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

11   ROBERT DAVIS,                    Case No. 2:21-cv-03530-FLA (PD)

12                  Petitioner,

13        v.                          **ORDER ACCEPTING
                                      FINDINGS, CONCLUSIONS,**
14   RAYMOND MADDEN, Warden,          **AND RECOMMENDATION OF
                                      UNITED STATES**
15                  Respondent.       **MAGISTRATE JUDGE, AND
                                      DENYING CERTIFICATE OF**
16                                    **APPEALABILITY**
17
18
19
20        Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition, the records

21   on file, the Report and Recommendation of United States Magistrate Judge

22   ("Report"), the Objections to the Report, and the Supplemental Statement of

23   Decision.  The court has engaged in a *de novo* review of those portions of the

24   Report to which Petitioner has objected.  The court accepts the Report and the

25   Supplemental Statement of Decision and adopts them as its own findings and

26   conclusions.

27        The court further finds that Petitioner has not made a substantial showing of

28   the denial of a constitutional right or that the court erred in its procedural ruling

and, therefore, a certificate of appealability will not issue in this action.  *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Accordingly, the Petition is DENIED with prejudice.

Dated:  February 14, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge