JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ROBERT DAVIS,

　　　　　　　Petitioner,

　　　v.

RAYMOND MADDEN, Warden,

　　　　　　　Respondent.

Case No.  2:21-cv-03530-FLA (PD)

**JUDGMENT**

　　　　Pursuant to the court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Petition is DISMISSED with prejudice.

Dated:  February 14, 2022

　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　United States District Judge